# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Flint)

In re   John Nalepa and Stacy Nalepa         Case No.   12-31505
        Debtor                                Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, N.A.              **Court claim no.** (if known): 13

**Last four digits** of any number you use to identify the debtor's account: 0056

**Date of payment change:** 08/01/2013
Must be at least 21 days after date of this notice

**New total payment:** $1,315.54
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
         Describe the basis for the change. If a statement is not attached, explain why:

         Current escrow payment:   $383.58         New escrow payment:   $326.63

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
         If a notice is not attached, explain why:

         Current interest rate: _____          New interest rate: _____
         Current principal and interest payment: _____   New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☑ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

         Current mortgage payment: _____        New mortgage payment: _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☒ I am the creditor.        ☐ I am the creditor's authorized agent.
                                  (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Andrew Fulenchek                                    Date   07/09/2013
  Unit Manager Home Equity BK
   (Approved by: Wendy Rodriguez)


Print:   Andrew Fulenchek                                 Title   Unit Manager Home Equity BK
                                                                  (Approved by: Wendy Rodriguez)

Company    JPMorgan Chase Bank, N.A.                      Specific Contact Information:
Address    Chase Records Center  Attn: Correspondence Mail    Phone: 866-243-5851
           Mail Code LA4-5555  700 Kansas Lane                Email: gm.bk.escalated@jpmchase.com
           Monroe, LA 71203

55627-65c295cc-3d94-4f67-b2a0-458760352238

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Michigan (Flint)

Chapter 13 No. 12-31505

In re:

Judge: Judge Daniel S. Opperman.Flint

John Nalepa and Stacy Nalepa

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on July 09, 2013, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | John Nalepa<br>Stacy Nalepa<br>798 Vincent Street<br>Pinckney, MI 48169 |
| Debtor's Attorney: | Jesse R. Sweeney<br>30555 Southfield<br>Suite 400<br>Southfield, MI 48076 |
| Trustee: | Carl Bekofske<br>400 N. Saginaw Street<br>Suite 331<br>Flint, MI 48502 |

/s/ Bill Taylor

Authorized Agent



| | Customer Service Center | 1-800-848-9136 |
|---|---|---|
| | Monday - Friday | 8 a.m. - 12 a.m.(ET) |
| | Saturday | 8 a.m. - 8 p.m. (ET) |
| | Hearing Impaired (TDD) | 1-800-582-0542 |

ıludılıdılıdılıdılıdılıdılıdılıdılıdılıdıll

38299 ECA  Z 11313 C -  ZE
JOHN M NALEPA
STACY L WOLVERTON
798 VINCENT ST
PINCKNEY MI  48169-8758

### Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 04/23/2013 |
| Review Period | 05/2012 to 07/2013 |
| **Escrow Surplus** | **$1,331.80** |

**Important Message**

If you are in bankruptcy or have been given a discharge for your bankruptcy, this letter is for information only. This letter is not an attempt to collect a debt. It is not an attempt to collect, assess or recover all or part of the debt from you. If a bankruptcy trustee is making your payments for you, please give a copy of this statement to the trustee.

Your escrow shortage amount does not include any actual shortage that might have been included before you filed for bankruptcy.

### Monthly Home Loan Payment

| | Current Payment | New Payment Effective 08/01/2013 |
|---|---|---|
| Principal & Interest | $988.91 | $988.91 |
| Escrow Account Deposit | $383.58 | $326.63 |
| **Total Payment Amount** | **$1,372.49** | **$1,315.54** |

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. **Other online bill payment service or military allotment customers:** If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

### Summary
**Your escrow surplus of $1,331.80 will stay in your account.**

Your escrow account statement shows $1,331.80 more than was needed to pay your taxes and/or insurance. Because you have one or more past-due payments, the surplus will remain in your escrow account. If you bring your account current within 30 days of this statement, we will review your escrow account again. Any surplus at that time will be returned to you. If you bring your account current after the 30 days, please contact the Customer Service Center to request a new escrow review. Your monthly payment will be $1,315.54 starting 08/01/13.

Keep this statement for your records.



0000001 1824 130423 Page 1 of 2   38299

## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. Subject to state law limits, your minimum balance normally equals the amount of your escrow payments for about two months.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be.[1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if there is a surplus in your account.



| | |
|---|---|
| $530.56 | Your minimum required balance |
| $1,185.76 | Your estimated lowest account balance for  |
| **$1,331.80** | **Your escrow account surplus** |

[1] See the "Estimated Escrow Account Activity" chart in this statement.

## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- Your most recent mortgage payment due was $1,372.49. Your mortgage payment includes principal and interest $988.91 and escrow money $383.58.
- At the time of your last escrow account review, your expected lowest balance was $642.60. The chart below shows that your actual lowest escrow balance was $-974.95.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: May 2012 to July 2013

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---:|---:|---|---:|---:|
| | Starting Balance | | | | $2,100.38 | $1,423.72 |
| 05/2012 | Deposit | $383.58 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $62.28 | $0.00 | * | $2,421.68 | $1,423.72 |
| 05/2012 | Withdrawal - FHA RISK BAS | | $62.28 | * | $2,421.68 | $1,361.44 |
| 06/2012 | Deposit | $383.58 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $62.28 | $0.00 | * | $2,742.98 | $1,361.44 |
| 06/2012 | Withdrawal - HOMEOWNER IN | $709.00 | $775.00 | * | $2,033.98 | $586.44 |
| 06/2012 | Withdrawal - FHA RISK BAS | | $62.28 | * | $2,033.98 | $524.16 |
| 07/2012 | Deposit | $383.58 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $62.28 | $62.28 | | $2,355.28 | $461.88 |
| 08/2012 | Deposit | $383.58 | $0.06 | * | | |
| | Withdrawal - FHA RISK BAS | $62.28 | $0.00 | * | $2,676.58 | $461.94 |
| 08/2012 | Withdrawal - VILLAGE TAX | $1,316.46 | $709.42 | * | $1,360.12 | $-247.48 |
| 08/2012 | Withdrawal - TOWNSHIP TAX | $717.52 | $666.12 | * | $642.60 | $-913.60 |
| 08/2012 | Withdrawal - FHA RISK BAS | | $61.35 | * | $642.60 | $-974.95 |
| 09/2012 | Deposit | $383.58 | $383.58 | | | |
| | Withdrawal - FHA RISK BAS | $62.28 | $0.00 | * | $963.90 | $-591.37 |
| 09/2012 | Withdrawal - FHA RISK BAS | | $61.35 | * | $963.90 | $-652.72 |
| 10/2012 | Deposit | $383.58 | $383.58 | | | |
| | Withdrawal - FHA RISK BAS | $62.28 | $0.00 | * | $1,285.20 | $-269.14 |
| 10/2012 | Withdrawal - FHA RISK BAS | | $61.35 | * | $1,285.20 | $-330.49 |

**(Continued)**



**Escrow: Taxes and Insurance Statement**

| | |
|---|---|
| Loan Number | |
| Statement Date | 04/23/2013 |
| Review Period | 05/2012 to 07/2013 |
| **Escrow Surplus** | **$1,331.80** |

38299 ECA  Z 11313 C -   ZE
JOHN M NALEPA
STACY L WOLVERTON
798 VINCENT ST
PINCKNEY MI  48169-8758

### This Year: May 2012 to July 2013 (continued)

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---:|---:|---|---:|---:|
| 11/2012 | Deposit | $383.58 | $767.16 | * | $1,606.50 | $436.67 |
| | Withdrawal - FHA RISK BAS | $62.28 | $0.00 | * | | |
| 11/2012 | Withdrawal - FHA RISK BAS | | $61.35 | * | $1,606.50 | $375.32 |
| 12/2012 | Deposit | $383.58 | $383.58 | | | |
| | Withdrawal - FHA RISK BAS | $62.28 | $0.00 | * | $1,927.80 | $758.90 |
| 12/2012 | Withdrawal - TOWNSHIP TAX | $1,112.58 | $1,032.88 | * | $815.22 | $-273.98 |
| 12/2012 | Withdrawal - FHA RISK BAS | | $61.35 | * | $815.22 | $-335.33 |
| 01/2013 | Deposit | $383.58 | $383.58 | | | |
| | Withdrawal - FHA RISK BAS | $62.28 | $0.00 | * | $1,136.52 | $48.25 |
| 01/2013 | Withdrawal - FHA RISK BAS | | $61.35 | * | $1,136.52 | $-13.10 |
| 02/2013 | Deposit | $383.58 | $383.58 | | | |
| | Withdrawal - FHA RISK BAS | $62.28 | $0.00 | * | $1,457.82 | $370.48 |
| 02/2013 | Withdrawal - FHA RISK BAS | | $61.35 | * | $1,457.82 | $309.13 |
| 03/2013 | Deposit | $383.58 | $383.58 | | | |
| | Withdrawal - FHA RISK BAS | $62.28 | $0.00 | * | $1,779.12 | $692.71 |
| 03/2013 | Withdrawal - FHA RISK BAS | | $61.35 | * | $1,779.12 | $631.36 |
| 04/2013 | Deposit | $383.58 | $1,534.32 | E | | |
| | Withdrawal - FHA RISK BAS | $62.28 | $0.00 | E | $2,100.42 | $2,165.68 |
| 04/2013 | Withdrawal - FHA RISK BAS | | $61.35 | * | $2,100.42 | $2,104.33 |
| 05/2013 | Deposit | | $383.58 | E | | |
| | Withdrawal - FHA RISK BAS | | $61.35 | E | $2,100.42 | $2,426.56 |
| 06/2013 | Deposit | | $383.58 | E | | |
| | Withdrawal - FHA RISK BAS | | $61.35 | E | $2,100.42 | $2,748.79 |
| 06/2013 | Withdrawal - HOMEOWNER IN | | $775.00 | E | $2,100.42 | $1,973.79 |
| 07/2013 | Deposit | | $383.58 | E | | |
| | Withdrawal - FHA RISK BAS | | $61.35 | E | $2,100.42 | $2,296.02 |
| | Total Deposits | $4,602.96 | $5,753.76 | | | |
| | Total Withdrawals | $4,602.92 | $4,881.46 | | | |
| | Account Balance as of 07/2013 | | | | | $2,296.02 |

### Expected Escrow Account Activity

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $326.63 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $1,185.76 in August 2013 (highlighted below). That is $1,331.80 more than your minimum required balance of $530.56.



### Next Year: August 2013 to July 2014

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---:|---:|---:|---:|
| | Starting Balance | | | | $2,296.02 |
| 08/2013 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $2,561.30 | |
| 08/2013 | Withdrawal - VILLAGE TAX | $709.42 | | $1,851.88 | |
| 08/2013 | Withdrawal - TOWNSHIP TAX | $666.12 | | $1,185.76 | |
| 09/2013 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $1,451.04 | |
| 10/2013 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $1,716.32 | |
| 11/2013 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $1,981.60 | |

(Continued)

## Next Year: August 2013 to July 2014 (continued)

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| 12/2013 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $2,246.88 | |
| 12/2013 | Withdrawal - TOWNSHIP TAX | $1,032.88 | | $1,214.00 | |
| 01/2014 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $1,479.28 | |
| 02/2014 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $1,744.56 | |
| 03/2014 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $2,009.84 | |
| 04/2014 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $2,275.12 | |
| 05/2014 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $2,540.40 | |
| 06/2014 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $2,805.68 | |
| 06/2014 | Withdrawal - HOMEOWNER IN | $775.00 | | $2,030.68 | |
| 07/2014 | Deposit | $326.63 | | | |
| | Withdrawal - FHA RISK BAS | $61.35 | | $2,295.96 | |
| | Total Estimated Deposits | $3,919.56 | | | |
| | Total Estimated Withdrawals | $3,919.62 | | | |
| | Estimated Account Balance as of July 2014 | | | $2,295.96 | |



## Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| VILLAGE TAX | $709.42 | August 13 | FHA RISK BAS | $61.35 | August 13 |
| TOWNSHIP TAX | $666.12 | August 13 | FHA RISK BAS | $61.35 | September 13 |
| TOWNSHIP TAX | $1,032.88 | December 13 | FHA RISK BAS | $61.35 | October 13 |
| | | | FHA RISK BAS | $61.35 | November 13 |
| | | | FHA RISK BAS | $61.35 | December 13 |
| | | | FHA RISK BAS | $61.35 | January 14 |
| | | | FHA RISK BAS | $61.35 | February 14 |
| | | | FHA RISK BAS | $61.35 | March 14 |
| | | | FHA RISK BAS | $61.35 | April 14 |
| | | | FHA RISK BAS | $61.35 | May 14 |
| | | | FHA RISK BAS | $61.35 | June 14 |
| | | | HOMEOWNER IN | $775.00 | June 14 |
| | | | FHA RISK BAS | $61.35 | July 14 |

**Total Tax and Insurance Monthly Payment Amount = $326.63**